# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND C. EVANS,<br><br>  Petitioner,<br><br>  v.<br><br>UNITED STATES PENITENTIARY,<br><br>  Respondent. | 1:07-CV-01611 OWW GSA HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>[Doc. #7]<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AND DISMISSING MOTIONS AS MOOT<br>[Docs. #8, 9, 10]<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On November 27, 2007, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be DISMISSED because the petition does not allege grounds that would entitle Petitioner to habeas corpus relief. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

*novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued November 27, 2007, is ADOPTED IN FULL;
2. The petition for writ of habeas corpus is DISMISSED;
3. All outstanding motions are DISMISSED as moot; and
4. The Clerk of the Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

Dated:   January 2, 2008                    /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE